

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-15-00264-CV

---

ALLEN "F" CALTON                                                  APPELLANT

V.

STEVE SCHILLER, SHARON                              APPELLEES
KELLER, TERRIE LIVINGSTON,
ROBERT GILL, JOHN CAYCE, AND
LOUIS STURNS

------------

### FROM THE 153RD DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NO. 153-270690-14

------------

## ORDER

------------

Appellant is attempting to appeal from several orders in a case in which he named the Chief Justice of this court, in her official capacity, as a defendant. Accordingly, the following six justices recuse themselves from participating in this appeal: Chief Justice Terrie Livingston, Justice Lee Ann Dauphinot, Justice Anne Gardner, Justice Sue Walker, Justice Bill Meier, and Justice Lee Gabriel. Justice Bonnie Sudderth does not recuse herself from participating in this appeal. *See* Tex. R. App. P. 16.2; Tex. R. Civ. P. 18b(b).

Because there is now an insufficient number of justices available to constitute a panel of the court to hear this appeal, this court requests the Chief Justice of the Supreme Court of Texas to transfer this appeal to another court of appeals for good cause for that court to file and decide this appeal. *See* Tex. Gov't Code Ann. § 73.001 (Vernon 2013); *Miles v. Ford Motor Co.*, 914 S.W.2d 135, 137 (Tex. 1995).

A copy of this order shall be transmitted to appellant, the Texas Supreme Court, all attorneys of record, the trial court judge, the trial court clerk, and the court reporter.

DATED September 3, 2015.

<u>Voluntarily Recused Justices</u>                    <u>Justice Not Voluntarily Recusing</u>

<u>/s/ Terrie Livingston</u>                    <u>/s/ Bonnie Sudderth</u>
TERRIE LIVINGSTON                    BONNIE SUDDERTH
CHIEF JUSTICE                            JUSTICE

<u>/s/ Lee Ann Dauphinot</u>
LEE ANN DAUPHINOT
JUSTICE

<u>/s/ Anne Gardner</u>
ANNE GARDNER
JUSTICE

<u>/s/ Sue Walker</u>
SUE WALKER
JUSTICE

<u>/s/ Bill Meier</u>
BILL MEIER
JUSTICE

<u>/s/ Lee Gabriel</u>
LEE GABRIEL
JUSTICE

2